**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00258-CV

### IN RE CHRIS L. GILBERT AND GLENN E. JANIK, Relators

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00621-D**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** that relators bear the costs of this original proceeding.

/s/    DAVID L. BRIDGES
       JUSTICE